IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tommy Yonts, et al.,                                          Case No. 3:15cv1713

         Plaintiff(s)

      v.                                                         Order

Bay Area Credit Services, LLC, et al.,

         Defendant(s)

        Upon representation of counsel that the cause of action has been settled between the parties, it is hereby

        Ordered that the docket be marked "settled and dismissed without prejudice". Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. Alternatively, the Court retains jurisdiction to interpret or enforce, or both, the settlement agreement reached between the parties.

        So ordered.

                                                                   s/ Jeffrey J. Helmick
                                                                   United States District Judge